No. 262. CLEVELAND, CINCINNATI, CHICAGO AND ST. LOUIS

RAILWAY COMPANY, PLAINTIFF IN ERROR, *v.* VILLAGE OF CLYDE, OHIO.  Error to the Supreme Court of the State of Ohio.  April 24, 1903.  Dismissed with costs, on authority of counsel for plaintiff in error.  *Mr. John T. Dye* for plaintiff in error. *Mr. Homer Metzgar* and *Mr. S. S. Richards* for defendant in error.